```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 06692
   DONN D SMITH
   DEBBY BAILEY-SMITH                           CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
              Debtor
   SSN XXX-XX-3738     SSN XXX-XX-1012
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 04/13/07 .

2. The case was dismissed without confirmation, 08/02/2007.

3. The Debtor paid a total of $ 3105.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CCO MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CCO MORTGAGE | SECURED | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | .00 | .00 | .00 |
| HSBC AUTO FINANCE | SECURED VEHIC | .00 | .00 | 1498.80 |
| AMERICAN HONDA FINANCE C | UNSECURED | NOT FILED | .00 | .00 |
| BEST BUY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA SEARS | UNSECURED | NOT FILED | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | NOT FILED | .00 | .00 |
| CORPORATE AMERICA FEDERA | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT MERCHANTS CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | NOT FILED | .00 | .00 |
| UNITED MILEAGE PLUS | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL BA | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARCO FINANCIAL BA | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 1498.80 | .00 | .00 | .00 | 1498.80 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                 1498.80         .00          .00          .00      1498.80
```
The Debtor's attorney, RICHARD T JONES               , was allowed $        .00
and was paid $       .00 .

The Trustee received $     51.20 .

Refunds to the Debtor totaled $   1555.00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 12/19/07                    /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 07 B 06692 DONN D SMITH & DEBBY BAILEY-SMITH